UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER SITE LITIGATION | 21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER LITIGATION

## RETURN OF SERVICE

| Service of the Summons and Complaints[1] was made by me[2] | DATE 4/7/08 |
|---|---|
| NAME OF SERVER (PRINT) Satish Raghunandan | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

Joanne Pisano
Joanne Pisano, P.C.
1250 Central Park Avenue
Yonkers, NY 10704-

For the following Defendant(s):

WHITNEY CONTRACTING INC.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/7/08
Date

Signature of Server: Satish Raghu-

Address of Server: 115 Broadway 12th floor New York NY 10006

---

[1] See attached rider
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure


*1155*

*206*

*54*

*50*

BETSY BARRANCO
Notary Public, State of New York
No. 01BA6043158
Qualified in Richmond County
Commission Expires June 12, 20__

| Rider | Service Rider | | |
|---|---|---|---|
| **File No** | **Plaintiff** | **Index Number** | **Date Filed** |
| 12951 | Richard Ala (and Wife, Beth A Ala) | 08CV01344 | 2/4/2008 |
| 12391 | Eric Amato | 08CV01345 | 2/4/2008 |
| 16398 | Vincent Anzelone (and Wife, Lisa Anzelone) | 08CV01735 | 2/19/2008 |
| 17623 | Joseph Armenia (and Wife, Joan Armenia) | 08CV01736 | 2/19/2008 |
| 12833 | Troy Bailey (and Wife, Esther Bailey) | 08CV01346 | 2/4/2008 |
| 2324 | Robert Barbera (and Wife, Genieva Barbera) | 08CV01347 | 2/4/2008 |
| 16363 | Joseph Benestante (and Wife, Jean Benestante) | 08CV01348 | 2/4/2008 |
| 11954 | Sharon Benson, as Personal Representative of Sammie Benson | 08CV01349 | 2/4/2008 |
| 13167 | Sylvia Bone | 08CV01350 | 2/4/2008 |
| 2049 | Thomas Bourne (and Wife, Joann Bourne) | 08CV01351 | 2/4/2008 |
| 12352 | Peter Brescia (and Wife, linda brescia) | 08CV01352 | 2/4/2008 |
| 8588 | Lawrence Brindisi (and Wife, Francine Brindisi) | 08CV01353 | 2/4/2008 |
| 17570 | Clarice Brown | 08CV01737 | 2/19/2008 |
| 16037 | Steven Bryant | 08CV01738 | 2/19/2008 |
| 16778 | Warren Bub | 08CV01739 | 2/19/2008 |
| 17492 | Vincenzo Buscarnera (and Wife, Lisa M Busarnera) | 08CV01740 | 2/19/2008 |
| 17577 | Patrick Cain | 08CV01792 | 2/19/2008 |
| 17099 | Geovannia Cancel (and Wife, Jesus I Ramos) | 08CV01741 | 2/19/2008 |
| 859 | Alfred Canonico | 08CV01354 | 2/4/2008 |
| 13017 | Paul Cantwell (and Wife, Susan Cantwell) | 08CV01355 | 2/4/2008 |
| 11544 | Daniel Carbonaro (and Wife, Antionette Carbonaro) | 08CV01356 | 2/4/2008 |
| 17605 | David Carbone (and Wife, Diane Carbone) | 08CV01793 | 2/19/2008 |
| 12358 | Paul Carifi (and Wife, Linda B Carifi) | 08CV01357 | 2/4/2008 |
| 17392 | Luis Carpio | 08CV01358 | 2/4/2008 |
| 17258 | Frank Caserta (and Wife, Cathy Caserta) | 08CV01742 | 2/19/2008 |
| 7286 | Joseph Cassidy (and Wife, Helena Cassidy) | 08CV01743 | 2/19/2008 |
| 16946 | Carlos Castro (and Wife, Paula M Castro) | 08CV01359 | 2/4/2008 |
| 16948 | Paula Castro (and Wife, Carl Castro) | 08CV01744 | 2/19/2008 |
| 17640 | John Cecere (and Wife, Lois Cecere) | 08CV01745 | 2/19/2008 |
| 13254 | Byron Chaves | 08CV01436 | 2/4/2008 |
| 1599 | Daniel Ciampi (and Wife, Joanne Ciampi) | 08CV01360 | 2/4/2008 |
| 12493 | Michael Collins | 08CV01361 | 2/4/2008 |
| 12012 | Manuel Cordero (and Wife, Milagros L Cordero) | 08CV01362 | 2/4/2008 |
| 13542 | Joseph Corio (and Wife, Heather M ) | 08CV01363 | 2/4/2008 |
| 16923 | Leonardo Costa (and Wife, Susan Costa) | 08CV01746 | 2/19/2008 |
| 1582 | Joseph Costanzo (and Wife, Alba Costanzo) | 08CV01364 | 2/4/2008 |
| 13473 | Richard Cunzo (and Wife, Christie Cunzo) | 08CV01437 | 2/4/2008 |
| 15746 | Gerald Cusack (and Wife, Christine Cusack) | 08CV01747 | 2/19/2008 |

# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 1153 | Frank D'Elia (and Wife, Patricia D'elia) | 08CV01368 | 2/4/2008 |
| 12373 | David Daniello | 08CV01365 | 2/4/2008 |
| 3914 | Jerome Davis (and Wife, Gail Davis) | 08CV01366 | 2/4/2008 |
| 12832 | Donato DeAngelis | 08CV01438 | 2/4/2008 |
| 13098 | Rafael Del Rosario (and Wife, Rosa Del Rosario) | 08CV01367 | 2/4/2008 |
| 8590 | Salvatore Dellecave (and Wife, Kimberly Dellecave) | 08CV01369 | 2/4/2008 |
| 16535 | Jeanette DeLucia | 08CV01370 | 2/4/2008 |
| 17558 | Quentin DeMarco (and Wife, Christina DeMarco) | 08CV01748 | 2/19/2008 |
| 17007 | Joseph Demonico | 08CV01749 | 2/19/2008 |
| 17583 | Dominick Derasmo (and Wife, Eileen Derasmo) | 08CV01750 | 2/19/2008 |
| 12781 | Robert DeVito | 08CV01371 | 2/4/2008 |
| 12854 | Steven Dubester (and Wife, Marie Dubester) | 08CV01372 | 2/4/2008 |
| 10365 | Robert Emmerich | 08CV01373 | 2/4/2008 |
| 9816 | Jeffrey L Endean (and Wife, Eileen Endean) | 08CV01374 | 2/4/2008 |
| 17529 | Robert Fanelli | 08CV01751 | 2/19/2008 |
| 17601 | Scott Farrington | 08CV01752 | 2/19/2008 |
| 2741 | Anthony Festa (and Wife, Julieann D Festa) | 08CV01375 | 2/4/2008 |
| 10259 | Donald Finnelli (and Wife, Carolyn Finnelli) | 08CV01376 | 2/4/2008 |
| 17501 | Patricia Foley (and Husband, Daniel J Sladek) | 08CV01753 | 2/19/2008 |
| 17568 | Kevin Fraser (and Wife, Patricia L Danko) | 08CV01754 | 2/19/2008 |
| 2466 | Patrick Gallagher (and Wife, Jennifer Gallagher) | 08CV01377 | 2/4/2008 |
| 12357 | Joseph Gallo (and Wife, Maryann Gallo) | 08CV01378 | 2/4/2008 |
| 11237 | John Garvey (and Wife, Mary Garvey) | 08CV01439 | 2/4/2008 |
| 13903 | Gary George (and Wife, Maria George) | 08CV01755 | 2/19/2008 |
| 17600 | Alfred Gomez (and Wife, Jacqueline Gomez) | 08CV01794 | 2/19/2008 |
| 10720 | Domingo Gonzalez (and Wife, Elsa Gonzalez) | 08CV01379 | 2/4/2008 |
| 17616 | John Grant (and Wife, Diane Grant) | 08CV01756 | 2/19/2008 |
| 9685 | Vincent Gravelli | 08CV01380 | 2/4/2008 |
| 17530 | Franklin Gray | 08CV01757 | 2/19/2008 |
| 17495 | Michael Greco (and Wife, Lorraine Greco) | 08CV01758 | 2/19/2008 |
| 6614 | Antonio Grella | 08CV01381 | 2/4/2008 |
| 13529 | John Gribbin (and Wife, Remate Gribbin) | 08CV01440 | 2/4/2008 |
| 17199 | Anthony Grillo (and Wife, Jeanette Grillo) | 08CV01382 | 2/4/2008 |
| 17487 | Philip Guido (and Wife, Constance Sheahan) | 08CV01383 | 2/4/2008 |
| 9911 | William Gutierrez | 08CV01384 | 2/4/2008 |
| 15745 | Archibald Hamlett (and Wife, Katherine Hamlett) | 08CV01759 | 2/19/2008 |
| 9768 | Christopher Hanley (and Wife, Eileen Hanley) | 08CV01385 | 2/4/2008 |
| 17565 | Leslie Hardy | 08CV01760 | 2/19/2008 |

# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13396 | James Heaphy | 08CV01441 | 2/4/2008 |
| 16559 | Gladys Hernandez (and Husband, Jorge Hernandez) | 08CV01451 | 2/4/2008 |
| 15737 | John Hernandez | 08CV01454 | 2/4/2008 |
| 16422 | Jorge Hernandez (and Wife, Gladys Hernandez) | 08CV01452 | 2/4/2008 |
| 17602 | Timothy Hogan (and Wife, Roxann Hogan) | 08CV01761 | 2/19/2008 |
| 12233 | Annmarie Intorcia | 08CV01442 | 2/4/2008 |
| 9198 | Jacqueline Jones | 08CV01386 | 2/4/2008 |
| 13091 | Ronald Josselyn (and Wife, Adeline Josselyn) | 08CV01387 | 2/4/2008 |
| 17604 | Carl Jost, Jr. (and Wife, Ana Teresa Jost) | 08CV01762 | 2/19/2008 |
| 17632 | Marc Kadushin (and Wife, Janice Kadushin) | 08CV01763 | 2/19/2008 |
| 17037 | Roy Kane (and Wife, Josephine Kane) | 08CV01764 | 2/19/2008 |
| 12923 | Robert Kearney (and Wife, Dana L Kearney) | 08CV01388 | 2/4/2008 |
| 15778 | Patrick J Kelly (and Wife, Sonia Kelly) | 08CV01766 | 2/19/2008 |
| 16792 | Patrick Kelly | 08CV01765 | 2/19/2008 |
| 16357 | James Kelly, Sr. (and Wife, Geraldine Kelly) | 08cv01767 | 2/19/2008 |
| 6455 | Michael Kinloch | 08CV01389 | 2/4/2008 |
| 5827 | Charles V Knight | 08CV01390 | 2/4/2008 |
| 6944 | Tito Knight | 08CV01391 | 2/4/2008 |
| 2516 | Robert Laconti (and Wife, Roxanne Laconti) | 08CV01392 | 2/4/2008 |
| 12922 | Michael Lasalandra | 08CV01443 | 2/4/2008 |
| 17533 | Kevin Lennon (and Wife, Rosemary Lennon) | 08CV01768 | 2/19/2008 |
| 17618 | Danny Levy (and Wife, Rachel Levy) | 08CV01769 | 2/19/2008 |
| 12347 | Matthew Lombardo (and Wife, Kelly Ann Lombardo) | 08CV01393 | 2/4/2008 |
| 16182 | Carlos Lopes (and Wife, Maria Lopes) | 08CV01770 | 2/19/2008 |
| 17200 | Peter Lucksavage | 08CV01771 | 2/19/2008 |
| 16399 | Thomas Maguire (and Wife, Patricia C Maguire) | 08CV01772 | 2/19/2008 |
| 13348 | Elizabeth McManus, as Executrix of Cynthia Mahoney | 08cv01663 | 2/15/2008 |
| 12649 | Stephen Mancusi (and Wife, Joanna Mancusi) | 08CV01394 | 2/4/2008 |
| 13512 | Gary Mankowitz (and Wife, Tracy Mankowitz) | 08CV01444 | 2/4/2008 |
| 13112 | Ruben Maria (and Wife, Angela Maria) | 08CV01395 | 2/4/2008 |
| 13571 | Ralph Marotti (and Wife, Michele Marotti) | 08CV01396 | 2/4/2008 |
| 12701 | John Matty (and Wife, Arlene Matty) | 08CV01397 | 2/4/2008 |
| 10288 | Robert McCaskey (and Wife, Patrice McCaskey) | 08CV01398 | 2/4/2008 |
| 12733 | Thomas McWilliams (and Wife, Joann McWilliams) | 08CV01399 | 2/4/2008 |
| 12368 | Joseph Messina | 08CV01445 | 2/4/2008 |
| 7051 | Gerard Milden (and Wife, Janeth Milden) | 08CV01400 | 2/4/2008 |
| 13879 | Robert Miller (and Wife, Jeanne Miller) | 08CV01446 | 2/4/2008 |
| 2420 | Charles Mimms (and Wife, Michelle Mimms) | 08CV01447 | 2/4/2008 |

| Rider | Service Rider | | |
|---|---|---|---|
| **File No** | **Plaintiff** | **Index Number** | **Date Filed** |
| 15989 | Harold Miranda (and Wife, Sonia Miranda) | 08CV01801 | 2/19/2008 |
| 9063 | Brian Montreuil | 08CV01401 | 2/4/2008 |
| 17483 | Felicia Morales | 08CV01402 | 2/4/2008 |
| 11256 | Salvatore Moscato (and Wife, Patricia Moscato) | 08CV01403 | 2/4/2008 |
| 10415 | James Moss (and Wife, Mary Ann Moss) | 08CV01404 | 2/4/2008 |
| 16266 | Michael Myers (and Wife, Leanne S Myers) | 08CV01453 | 2/4/2008 |
| 17603 | Daniel Newman (and Wife, Patricia Newman) | 08CV01795 | 2/19/2008 |
| 10296 | Philip Newton (and Wife, Austin Newton) | 08CV01405 | 2/4/2008 |
| 12865 | Anthony Nigro (and Wife, Patricia Nigro) | 08CV01406 | 2/4/2008 |
| 1905 | Steven Nova (and Wife, Lori Nova) | 08CV01407 | 2/4/2008 |
| 12376 | Michael Nunn (and Wife, Jacquie Nunn) | 08CV01408 | 2/4/2008 |
| 16927 | Patrick O'Flaherty (and Wife, Tracey O'Flaherty) | 08CV01773 | 2/19/2008 |
| 10941 | Patrick O'Leary (and Wife, Carrie O'Leary) | 08CV01409 | 2/4/2008 |
| 16585 | Richard Oliver | 08CV01774 | 2/19/2008 |
| 16295 | Stephan J Orsulich (and Wife, Kazue Orsulich) | 08CV01775 | 2/19/2008 |
| 16720 | Manuel Ortega | 08CV01799 | 2/19/2008 |
| 13410 | Amador Ortiz (and Wife, Silvia Ortiz) | 08CV01410 | 2/4/2008 |
| 11456 | Carol Otto | 08CV01411 | 2/4/2008 |
| 11593 | Christopher Outhouse | 08CV01412 | 2/4/2008 |
| 17262 | Douglas Owen (and Wife, Donna Owen) | 08CV01776 | 2/19/2008 |
| 12767 | Anthony Padula (and Wife, Maree Padula) | 08CV01413 | 2/4/2008 |
| 13515 | Michael Palardy, Jr. (and Wife, Laura Palardy) | 08CV01414 | 2/4/2008 |
| 13066 | Kevin Pancoast (and Wife, Janet Pancoast) | 08CV01415 | 2/4/2008 |
| 13093 | Christopher Parise (and Wife, Nancy Parise) | 08CV01416 | 2/4/2008 |
| 9122 | Frank Perniciaro (and Wife, Michelle Perniciaro) | 08CV01417 | 2/4/2008 |
| 15270 | Brenda Person | 08CV01777 | 2/19/2008 |
| 14794 | Stephen Philbin (and Wife, Meri Philbin) | 08CV01455 | 2/4/2008 |
| 12962 | Paul Philipps | 08CV01418 | 2/4/2008 |
| 17584 | Sandra Piedra | 08CV01778 | 2/19/2008 |
| 14521 | Michael Pirrera (and Wife, Frances Pirrera) | 08CV01796 | 2/19/2008 |
| 17502 | James Platz (and Wife, Julissa Platz) | 08CV01779 | 2/19/2008 |
| 17239 | Daniel Powers | | 2/19/2008 |
| 17645 | Robert Powers (and Wife, Maureen Powers) | 08CV01780 | 2/19/2008 |
| 17425 | Rudolph Princi (and Wife, Tammy Princi) | | 2/19/2008 |
| 5765 | Hamdat Purandat (and Wife, Mekhragie Puranndat) | 08CV01419 | 2/4/2008 |
| 12388 | Wilfred Quashie | 08CV01420 | 2/4/2008 |
| 17544 | John Reilly (and Wife, Tracy Reilly) | 08CV01798 | 2/19/2008 |
| 12348 | Nazareno Reina (and Wife, Tina Reina) | 08CV01421 | 2/4/2008 |

## Service Rider

Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 15261 | Inocencio Rivera (and Wife, Roslyn Medoff-Rivera) | 08CV01422 | 2/4/2008 |
| 13165 | Michael Rogers | 08CV01423 | 2/4/2008 |
| 3210 | Edward Rutledge (and Wife, Barbara Rutledge) | 08CV01782 | 2/19/2008 |
| 12935 | Richard Salonia | 08CV01448 | 2/4/2008 |
| 13198 | Silvia Sanchez | 08CV01424 | 2/4/2008 |
| 8383 | David Sayles | 08CV01425 | 2/4/2008 |
| 7331 | Anthony Scarpa (and Wife, Rose Ann Scarpa) | 08CV01426 | 2/4/2008 |
| 17525 | Ann Marie Schweigert (and Husband, Paul David Schweigert) | 08CV01783 | 2/19/2008 |
| 17369 | Edward J. Schwendemann (and Wife, Grace Schwendemann) | 08CV01784 | 2/19/2008 |
| 14929 | Thomas Shaffer (and Wife, Kathryn Shaffer) | 08CV01785 | 2/19/2008 |
| 12668 | Joseph Sicily | 06cv15062 | 2/19/2008 |
| 12792 | John Skebeck (and Wife, Marlene Skebeck) | 08CV01427 | 2/4/2008 |
| 17092 | James K Smith (and Wife, Susie Smith) | 08CV01786 | 2/19/2008 |
| 17576 | David Sozio (and Wife, Maureen Sozio) | 08CV01787 | 2/19/2008 |
| 9723 | Gerard Staples | 08CV01428 | 2/4/2008 |
| 12697 | Robert Stone (and Wife, Maria Stone) | 08CV01429 | 2/4/2008 |
| 13151 | Eric Storch (and Wife, Marie Storch) | 08CV01430 | 2/4/2008 |
| 12987 | Edward Swarm (and Wife, Jorga Swarm) | 08CV01431 | 2/4/2008 |
| 17599 | Dennis Tardio (and Wife, Lorraine Tardio) | 08CV01788 | 2/19/2008 |
| 13120 | Porsche Than (and Wife, Denise Than) | 08CV01449 | 2/4/2008 |
| 16451 | Donell D. Thornton | 08CV01432 | 2/4/2008 |
| 13092 | Joseph Valdona | 08CV01433 | 2/4/2008 |
| 7848 | Hilda Vannata (and Husband, John Vannata) | 08CV01434 | 2/4/2008 |
| 13146 | Joseph Walters | 06cv14164 | 2/19/2008 |
| 16134 | Bernard White (and Wife, Coralie White) | 08CV01789 | 2/19/2008 |
| 13431 | Lisa Williams | 08CV01435 | 2/4/2008 |
| 16999 | Edward K. Williams, Jr. (and Wife, Susan Renee Williams) | 08CV01790 | 2/19/2008 |
| 13046 | Alice Winkler (and Husband, Kenneth Winkler) | 08CV01450 | 2/4/2008 |
| 17482 | Frank Zambrano (and Wife, Karen Zambrano) | 08CV01800 | 2/19/2008 |
| 13743 | Louis Zecca (and Wife, Maria Zecca) | 08CV01791 | 2/19/2008 |

182  Group:    Out    In: 

| Rider | Service Rider | | |
|---|---|---|---|
| **File No** | **Plaintiff** | **Index Number** | **Date Filed** |
| 9780 | Gregory Abbott | 05cv10654 | 2/22/2007 |
| 2595 | Vincent Aleixo | 06cv08723 | 2/23/2007 |
| 2871 | Anthony Alfano (and Wife, Rose Alfano) | 06CV08328 | 2/23/2007 |
| 12910 | Janet Slate, as Executrix of George Allen | 06cv13779 | |
| 1894 | Anna Antico, as Administratrix of Nick Antico | 05cv07998 | 2/7/2008 |
| 10792 | Nelson Aponte (and Wife, Belen Aponte) | 06cv10979 | 2/28/2007 |
| 9132 | James Apostolou | 06cv07345 | 2/23/2007 |
| 1864 | Lorenzo Arellano (and Wife, Tricia Arellana) | 05cv01082 | 2/22/2007 |
| 444 | Daniel Armagno (and Wife, Margaret Armagno) | 05CV01270 | 2/22/2007 |
| 14419 | Gary Arthur | 07CV05184 | |
| 9684 | Athanasios Augoustatos | 06cv14475 | |
| 5910 | Ana Maria Aviles, as Personal Representative of David Aviles | 07CV04744 | 2/7/2008 |
| 4578 | Thomas Babinski (and Wife, Catherine Babinski) | 06CV09475 | 2/28/2007 |
| 8994 | Christopher Betz (and Wife, Laura Betz) | 06cv11938 | |
| 9018 | Donna Bianco | 06cv07942 | |
| 8417 | William Blaich (and Wife, Dorothy Blainch) | 06cv12709 | 3/1/2007 |
| 11512 | John Boland (and Wife, Joan Boland) | 06CV09492 | |
| 8476 | Joseph Bracety (and Wife, Miriam L Gomez-Bracety) | 06cv10990 | 2/28/2007 |
| 10218 | Anthony Brucculeri (and Wife, Lillian Brucculer) | 06cv07947 | 2/23/2007 |
| 1712 | Thomas Bruno (and Wife, Julie Bruno) | 05CV01747 | 12/5/2005 |
| 7029 | Terrance Bueford (and Wife, Shante Bueford) | 05cv01394 | |
| 6728 | John Burgess (and Wife, Carol Burgess) | 06cv10263 | 2/28/2007 |
| 7043 | Stanley Caesar | 07CV04343 | 2/22/2007 |
| 2248 | Joseph Caleca (and Wife, Dianne Caleca) | 06cv07953 | 2/23/2007 |
| 9697 | Kenneth Calvey | 06cv10992 | |
| 10928 | Mariano Capellan | 06cv08741 | 2/23/2007 |
| 2468 | Frank Capogrosso (and Wife, Jaqueline Capogrosso) | 06cv11544 | 3/2/2007 |
| 11563 | Rudolph Caroleo (and Wife, Loretta A Caroleo) | 06cv10993 | 2/28/2007 |
| 6463 | Thomas Carver (and Wife, Christine Carver) | 05cv01100 | 8/17/2005 |
| 10155 | Silvio Castellano | 06cv11982 | |
| 4637 | Joseph Clement | 06cv07232 | |
| 12150 | Jacqueline Colon | 06cv11889 | 3/2/2007 |
| 3729 | Suzanne Conroy, as Executrix of Daniel Conroy | 05cv01128 | 2/7/2008 |
| 12911 | Farrell Conroy | 06cv14569 | |
| 2923 | Anita Cozza, as Personal Representative of John Cozza | 05CV01131 | 2/7/2008 |
| 7708 | Enrique Cruz (and Wife, Gladys Cruz) | 05cv01669 | 2/22/2007 |
| 12617 | Robert W Cupani (and Wife, Nancy Cupani) | 06cv13858 | |
| 10988 | Raymond D'Augusta | 06CV12017 | |

## Service Rider

Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 1423 | James D'Onofrio | 05cv04745 | |
| 5306 | Lamont Daniel (and Wife, Susan Daniel) | 05CV01754 | 2/22/2007 |
| 3958 | John Delgado (and Wife, Vivian Delgado) | 08CV00656 | |
| 2092 | Joseph Diaz (and Wife, Anne Diaz) | 06cv11177 | |
| 2894 | Thomas Dicostanza | 06cv10742 | 2/28/2007 |
| 9068 | James Doyle (and Wife, Tracy Doyle) | 06cv12676 | |
| 3625 | Thomas Doyle (and Wife, Catherine Doyle) | 06cv11180 | 2/28/2007 |
| 1830 | Tyshan J Grier, as Personal Representative of Willie Easterling | 06CV09542 | 2/7/2008 |
| 4149 | Francis Feeley (and Wife, Lisa Feeley) | 06CV08397 | 2/23/2007 |
| 4427 | Alberto Ferrara | 06CV07409 | 2/23/2007 |
| 12268 | Denise Ferraro | 06cv13904 | |
| 2839 | Carl Fisher (and Wife, Donna Fisher) | 04CV09083 | 2/22/2007 |
| 11800 | Ward Foggin (and Wife, Eliizabeth A Foggin) | 06cv12746 | |
| 12658 | Anthony Funaro (and Wife, Loretta Funaro) | 06cv14666 | |
| 9238 | Michael Garzaniti (and Wife, Josephine Garzaniti) | 06cv09057 | 2/28/2007 |
| 8221 | Gregory Gatto (and Wife, Monica Gatto) | 06cv08411 | |
| 7041 | Salvatore Gemma | 06cv09564 | 2/28/2007 |
| 10704 | Manes Geneus | 06CV12091 | |
| 12648 | Bruce Giarratano (and Wife, IRENE GIARRATANO) | 06cv13924 | |
| 14107 | Horace Gilkes | 06cv14684 | |
| 2186 | Anthony Gonzalez (and Wife, Janet Gonzalez) | 06CV12108 | 3/1/2007 |
| 301 | Robert Grogan (and Wife, Margaret Grogan) | 05CV06214 | 2/22/2007 |
| 13320 | Duke Groudine (and Wife, Cornelia Groudine) | 06cv13932 | |
| 14546 | Scott Guginsky (and Wife, Natalie Guginsky) | 07CV04957 | |
| 2793 | Richard Hand (and Wife, Mary Hand) | 06cv08779 | 2/23/2007 |
| 1848 | Douglas Hannon (and Wife, Veronica E Hannon) | 08CV00694 | |
| 8238 | William Hiller (and Wife, Pamela Hiller) | 05cv09698 | 2/22/2007 |
| 11797 | Gregory Howard (and Wife, Yasmin R Rivera-Howard) | 06cv10780 | |
| 6967 | Dennis Jackson (and Wife, Karen Jackson) | 05CV01259 | |
| 11431 | Michael Jannazzo (and Wife, Donna S Jannazzo) | 06CV09594 | 2/28/2007 |
| 4716 | Sheila Johnson, as Personal Representative of Leroy Johnson | 06cv08429 | 2/7/2008 |
| 1320 | Eric Kaufmann (and Wife, Ingrid Kaufman) | 06cv08790 | 2/23/2007 |
| 9443 | John Kilgen (and Wife, Georgette Kilgen) | 06cv10789 | 2/28/2007 |
| 8628 | Daniel Knight | 06cv14777 | |
| 11662 | Linda Knorpp (and Husband, Werner Knorpp) | 06cv11199 | |
| 11404 | Robert Kurkowski | 06cv11561 | |
| 13614 | Ignatius Licato (and Wife, stacey licato) | 06cv13992 | |
| 7178 | Steven Lillis (and Wife, Evelyn Lillis) | 05CV02497 | 12/5/2005 |

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 6740 | Salvatore Lobello (and Wife, Anna Salvatore) | 06cv09619 | |
| 8835 | Chris Lockel (and Wife, Vanessa C Lockel) | 06cv10805 | 2/28/2007 |
| 6777 | Rafael Lopez | 06cv09116 | 2/28/2007 |
| 8039 | John Lucchese (and Wife, Carol Lucchese) | 06cv12679 | |
| 6877 | Erasmo Maddalena (and Wife, Antonia Maddalena) | 05CV01710 | 2/22/2007 |
| 9262 | Thomas Maloney | 06cv09121 | 2/28/2007 |
| 13171 | Eric Marrero (and Wife, Michelle Marrero) | 06cv14018 | |
| 2706 | Joseph McCormack (and Wife, Elizabeth McCormack) | 07CV04378 | 2/22/2007 |
| 2071 | James McCormick (and Wife, Christina McCormick) | 07CV04379 | 2/22/2007 |
| 9085 | Timothy McGinn (and Wife, Barbara McGinn) | 06cv12788 | 3/1/2007 |
| 7409 | John McLean | 07CV04392 | 2/22/2007 |
| 12191 | Jose Medina | 06cv10822 | 2/28/2007 |
| 4664 | Jose Mesorana | 06cv09638 | 2/28/2007 |
| 1377 | Christopher Meyer (and Wife, Danielle Meyer) | 06cv09139 | 2/28/2007 |
| 7770 | Allen Miller | 06CV10609 | |
| 7577 | James Monahan | 05CV01186 | 2/22/2007 |
| 8395 | Edwin Montanez | 06cv10410 | 2/28/2007 |
| 6476 | John P. Morale | 05cv09400 | 2/22/2007 |
| 3918 | John Moran (and Wife, Karen Moran) | 06CV10612 | |
| 13982 | Joseph Moran (and Wife, Maria Moran) | 06cv14899 | |
| 11610 | Peter Moran | 06cv11034 | |
| 10195 | Michael Mullarkey | 06CV02815 | 2/22/2007 |
| 1263 | Raul Muniz (and Wife, Edna I Muniz) | 05CV01171 | 2/22/2007 |
| 4241 | Thomas Murphy (and Wife, Jeannette Murphy) | 06cv08487 | 2/23/2007 |
| 9890 | Adam Nazario | 06CV12365 | |
| 10187 | George Nicoll (and Wife, Margaret Nicoll) | 06cv11718 | 3/2/2007 |
| 12192 | Israel Oyola (and Wife, Mandi Oyola) | 06cv08837 | 2/23/2007 |
| 14308 | Janice Paddock (and Husband, James P Paddock) | 07CV05247 | |
| 6478 | Lawrence Parente | 06cv08841 | |
| 1982 | Kevin Parrett (and Wife, diane Parrett) | 05CV01772 | 2/22/2007 |
| 1768 | Richard A. Passaretti Jr | 05CV01194 | 2/22/2007 |
| 8981 | Carol Paulauskas | 06cv03416 | 2/22/2007 |
| 3884 | Miguel Paulino | 06CV12400 | |
| 9603 | Robert G Pavis | 06CV12401 | |
| 2636 | Ronald Pecoraro (and Wife, lillian Pecoraro) | 06cv09173 | 2/28/2007 |
| 7496 | Samuel Peixoto | 06cv10431 | 2/28/2007 |
| 9614 | Wayne Price (and Wife, Soledad Price) | 06cv11833 | 3/2/2007 |
| 4583 | Albert Pruden | 06cv08852 | |

# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---:|---|---|---|
| 6961 | Glenn Radalinsky (and Wife, Renee Radalinsky) | 06cv11834 | 3/2/2007 |
| 15269 | James Ragon (and Wife, Yllena Ragon) | 07CV09040 | |
| 4091 | Andrew Rivers | 06cv10458 | 2/28/2007 |
| 10358 | Philip Rizzo (and Wife, Rosa Rizzo) | 06cv06718 | 2/23/2007 |
| 7630 | Julio Rodriguez | 06cv08524 | 2/23/2007 |
| 10987 | Peter Rogers (and Wife, Maria A Rogers) | 06CV10627 | 2/28/2007 |
| 10546 | Joe Roman | 06cv10868 | 2/28/2007 |
| 10417 | Richard Ruggiero (and Wife, Gail Ruggiero) | 06cv02817 | 2/22/2007 |
| 7313 | Jose Ruiz | 05CV01387 | 2/22/2007 |
| 13719 | Eileen Ryan, as Personal Representative of Michael Ryan | 06cv15029 | 2/7/2008 |
| 14236 | Sotereos Samothrakis (and Wife, Marianne Samothrakis) | 07CV05070 | |
| 1284 | Michael Sanzone (and Wife, Rosemarie Sanzone) | 06cv12682 | |
| 16645 | Raymond Sbarra, Sr. (and Wife, Regina Sbarra) | 07CV10842 | |
| 12379 | Daniel Schafer (and Wife, Ruth A Schafer) | 06CV07544 | 2/23/2007 |
| 11126 | Gary Schneider | 06cv11839 | 3/2/2007 |
| 3917 | Frank Schomaker | 06cv09704 | 2/28/2007 |
| 9292 | Michael Schoonmaker (and Wife, Christine Schoonmaker) | 06CV11736 | 3/2/2007 |
| 2498 | Michele Schor, as Personal Representative of Robert Schor | 05CV01618 | 2/7/2008 |
| 1396 | William Schutt (and Wife, Sandra E Schutt) | 06cv14121 | |
| 13624 | Glenn Scott (and Wife, Nanette Scott) | 06cv14123 | |
| 2124 | Albert Shein (and Wife, Betsy Shein) | 06CV10637 | 2/28/2007 |
| 8717 | Stephen Soldano (and Wife, Rose Ann Soldano) | 06cv08678 | 2/23/2007 |
| 6484 | Mariano Sottile (and Wife, Gloria Sottile) | 06cv10496 | 2/28/2007 |
| 4666 | Jimmie Sperrazza (and Wife, Margaret - Ann Sperrazza) | 06cv11063 | 2/28/2007 |
| 8707 | Peter Spoto (and Wife, Lisa Spoto) | 06cv08548 | |
| 15618 | James Stewart (and Wife, Deana Stewart) | 07CV09041 | |
| 7150 | Robert Straube (and Wife, Lilla Straube) | 06CV10503 | 2/28/2007 |
| 4630 | Robert Tarantino (and Wife, Denise Tarantino) | 06CV07558 | |
| 8225 | Michael Thompson (and Wife, Debbie Thompson) | 06CV10644 | 2/28/2007 |
| 12447 | Patrick Tuite (and Wife, Sheri Tuite) | 06cv08563 | |
| 1863 | Frank Vaccaro (and Wife, Barbara Vaccaro) | 06CV10517 | 2/28/2007 |
| 3278 | John M Valenti (and Wife, Sandra Valenti) | 06CV07565 | 2/23/2007 |
| 1930 | Jesus Vasquez (and Wife, Eileen Vasquez) | 06cv09741 | |
| 311 | Nancy Williams (and Husband, Christopher Williams) | 06cv08683 | 2/23/2007 |
| 11573 | Michael Wittman (and Wife, Barbara Wittman) | 06cv10911 | |
| 6572 | Anthony Zeoli (and Wife, Jean Zeoli) | 06CV07580 | 2/23/2007 |
| 3502 | Joseph Zogbi (and Wife, Susan Zogbi) | 06CV10539 | 2/28/2007 |
| 9180 | Washington Zurita (and Wife, Beatrice Zurita) | 06cv09763 | |



## Service Rider

**Rider**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 1306 | Cristine Barefield, as Personal Representative of Roy Barefield | 05CV01122 | 2/7/2008 |
| 9176 | Ana Bassi, as Administratrix of Richard Bassi | 06cv11893 | 2/7/2008 |
| 4212 | Ahmad Butler, as Personal Representative of Tye Butler | 05CV03712 | 2/7/2008 |
| 3573 | Mary Ann Curley, as Administratrix of Peter J. Curley | 06CV07384 | 2/7/2008 |
| 10395 | John Judge, as Executor of Guy Donohue | 06cv08762 | 2/7/2008 |
| 4333 | Robert Fradella, as Personal Representative of Salvatore Fradella | 05cv01472 | 2/7/2008 |
| 8426 | Mitchell Hardy, as Administrator of Anthony Hardy | 06CV12126 | 2/7/2008 |
| 2691 | Maureen Koebel, as Personal Representative of Daniel King | 06CV10604 | 2/7/2008 |
| 1701 | Debra Lane, as Personal Representative of Peter Lane | 06cv09613 | 2/7/2008 |
| 616 | Nilda Macri, as Executrix of Frank Macri | 06cv06741 | 2/7/2008 |
| 7122 | Gina McAusland, as Administratrix of Thomas McAusland | 06CV07481 | 2/7/2008 |
| 9316 | John Mucciola, as Executor of Louise Mucciola | 06cv11224 | 2/7/2008 |
| 1834 | Patricia Rooney, as Personal Representative of Philip Rooney | 06cv08528 | 2/7/2008 |
| 3087 | Carol Siciliato, as Personal Representative of John A. Siciliato | 06cv08868 | 2/7/2008 |
| 7373 | Mary A Thompson, as Personal Representative of Victor Thompson | 05cv01483 | 2/7/2008 |
| 2484 | Maureen Williamson, as Personal Representative of Robert Williamso | 06cv10910 | 2/7/2008 |

16   Group:    Out    In: